Floyd H. Shebley, OSB No.78083
419 Fifth Street
Oregon City, OR 97045
Tel.: (503) 655-5500
Fax.: (503) 656-8481
shebleylaw@qwest.net
    Attorney for Plaintiff

FILED '06 MAY 16 08:14 USDC-ORP

RECVD '06 MAY 11 10:56 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **MICHELLE BRAKEMAN,**<br><br>    Plaintiff,<br>v.<br><br>**JO ANNE B. BARNHART,**<br><br>Commissioner of Social Security,<br><br>    Defendant. | Civil No. 05-666-MO<br><br><u>ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT ("EAJA")</u> |

Pursuant to 28 U.S.C.A. Section 2412, and based upon the stipulation of the parties hereto, defendant shall pay plaintiff's counsel an attorney fee in the sum of $3,892.40 for the services he performed in this U.S. District Court proceeding.

IT IS SO ORDERED.

Dated: 15 May '06

                                  Michael W. Mossman
                                  Judge, United States District Court